## Rosado *v*. El Registrador de la Propiedad.

### Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas.

No. 1.   Resuelto en Febrero 20, 1905.

Hipotecas.—Precio de tasación de la finca.  El procedimiento sumario para la ejecución de los créditos hipotecarios, es parte esencial é integrante de la Ley Hipotecaria, que está vigente, y en su virtud, en las escrituras hipotecarias debe hacerse constar el precio en que tasan la finca los contratantes para que sirva de tipo á la única subasta que debe celebrarse en el caso de que, vencido el préstamo, no conste su pago en el Registro de la Propiedad.

Id.—Defecto subsanable.—Inscripción.  La falta de hacer constar en la escritura hipotecaria el precio de tasación de la finca, no implica necesariamente la nulidad de la obligación contenida en ella, por lo que debe calificarse de subsanable, y expresarse así en la inscripción.

#### EXPOSICIÓN DEL CASO.

Visto el presente recurso gubernativo interpuesto por el abogado Don Wenceslao Bosch á nombre de Don José Rosado y Cañas contra nota puesta por el Registrador de la Propiedad de Caguas, calificando de defecto subsanable de una escritura hipotecaria la circunstancia de no expresarse en ella la tasación de la finca hipotecada.

*Resultando* que otorgada por Da. Rafaela Patrón y Ramos escritura pública de préstamo con hipoteca á favor de Don José Rosado y Cañas ante el Notario de esta Capital Don Juan de Guzmán Benítez en tres de Diciembre último y en cuya escritura no se expresó el precio en que tasaban la finca hipotecada para el caso de que hubiera de sacarse á pública subasta por falta de pago y ratificada dicha escritura por el esposo de la Da. Rafaela, Don José Ubarri y Casals, por haberse negado el Registrador de la Propiedad de Caguas á inscribirla sin que constara el consentimiento de aquél en la escritura, la inscribió al fin el Registrador pero haciendo constar el defecto de que adolecía de no expresarse en ella la tasación de la finca

hipotecada, el que calificó de subsanable según nota que puso á continuación de la escritura, que copiada á la letra dice:

"Convertida la anotación letra A que consta de la precedente nota, en virtud, digo, inscripción definitiva por virtud del presente documento con presencia de una acta de ratificación, al folio 44 vuelto del tomo 21 de este Ayuntamiento, finca 1036, inscripción 3a. con el defecto subsanable de no constar del expresado título la tasación de la finca hipotecada con renuncia de todo nuevo avalúo ó acción encaminada á dicho fin, según determina el art. 127 de la Ley Hipotecaria vigente. Caguas 27 de Diciembre de 1904. El Registrador, S. Abella Bastón."

*Resultando* que no estando conforme con la calificación del Registrador el interesado Don José Rosado y Cañas interpuso ante este Tribunal Supremo, por conducto de su abogado defensor Don Wenceslao Bosch el presente recurso gubernativo para que se deje sin efecto la nota puesta por el Registrador de la Propiedad, calificando de subsanable el defecto que contiene dicha escritura de no constar en ella la tasación de la finca hipotecada y que se comunicara esta resolución al Registrador, á los efectos procedentes.

Abogado del recurrente: *Sr. Bosch.*

EL JUEZ PRESIDENTE SR. QUIÑONES, después de exponer los hechos anteriores, emitió la Opinión del Tribunal.

*Considerando* que el procedimiento sumario que establece la Ley Hipotecaria para llevar á efecto la ejecución de los créditos de aquella clase, es una parte esencial é integrante de la misma ley, que no ha sido derogada por el nuevo Código de Enjuiciamiento Civil, ni por ninguna otra disposición legal; y por consiguiente, mientras subsista debe cumplirse el precepto del art. 127 de la propia ley, según el que en las escrituras hipotecarias se hará constar el precio en que tasan la finca los contratantes para que sirva de tipo á la única subasta que se debe ce-

lebrar en el caso de que vencido el plazo del préstamo no conste su pago en el Registro de la Propiedad.

*Considerando* que no habiéndose cumplido este requisito en la citada escritura de tres de Diciembre último adolece ésta de un defecto que si no puede calificarse de insubsanable, puesto que no implica necesariamente la nulidad de la obligación contenida en ella, debe calificarse de subsanable y expresarse así en la inscripción, en cumplimiento de lo que ordena sobre el particular la ley votada por la Asamblea Legislativa de esta Isla de primero de Marzo de mil novecientos dos, sobre recursos contra las resoluciones de los Registradores de la Propiedad.

Vistas las disposiciones legales citadas y el art. 110 del Reglamento de la Ley Hipotecaria.

Se confirma la nota puesta por el Registrador de la Propiedad de Caguas al pié de la escritura de que se trata en el presente recurso gubernativo y devuélvasele, con copia de la presente resolución, para su conocimiento y demás efectos procedentes.

Jueces concurrentes: Sres. Hernández, Figueras, Mac Leary y Wolf.